UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEANDRE TILLMAN,
    Plaintiff,

vs.                              Case No.:  3:22cv4931/LAC/ZCB

ESCAMBIA COUNTY JAIL,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff is proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On September 9, 2022, the Court entered an order directing Plaintiff to file an amended civil rights complaint within thirty days.  (Doc. 10).[1]  The Court directed the Clerk of Court to send Plaintiff the complaint form and notified Plaintiff that his failure to comply with an order of the Court would result in a recommendation of dismissal of this case.  (*Id.* at 12-13).

Plaintiff did not file an amended complaint by the deadline.  Therefore, on October 24, 2022, the Court issued an order giving Plaintiff thirty days to show cause why this case should not be dismissed for his failure to comply with a Court order.

---

[1] The Court sent the order to Plaintiff at his record address, the Escambia County Jail.  On November 14, 2022, the jail returned the order to the Court with an indication Plaintiff was released.  (*See* Doc. 12).  The Clerk of Court forwarded the order to the street address listed on the jail's inmate locator.  (*See id.*).  The order has not been returned.

1

(Doc. 11).² The Court notified Plaintiff that his failure to show cause would result in a recommendation of dismissal of this case. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

At Pensacola, Florida, this 9th day of December 2022.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

² As with the previous order, the Court sent the order to Plaintiff at his record address, the Escambia County Jail. On November 16, 2022, the jail returned the order to the Court with an indication Plaintiff was released. (*See* Doc. 13). The Clerk of Court forwarded the order to the street address listed on the jail's inmate locator. (*See id.*). The order has not been returned.